# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,  ) ) ) Plaintiff,                                  ) ) v.                                                ) ) SUSAN GRAVES, et al.,                ) ) Defendants.                          ) ) | 2:11-CV-00937-PMP-CWH  **ORDER** |

On May 14, 2012, the Honorable C. W. Hoffman, Jr., United States Magistrate Judge entered an Order (Doc. #63) denying Defendants' Motion to Stay Proceeding (Doc. #54).

On May 24, 2012, the Graves Defendants filed Objections to the Magistrate Judge's Order (Doc. #66). On June 11, 2012, Defendant Wiener filed an Opposition to the Graves Defendants' Objections (Doc. #71).

Having read and considered the foregoing, and finding that the Order of the Magistrate Judge denying the Stay was neither clearly erroneous nor contrary to law,

**IT IS ORDERED** that the Objections of the Graves Defendants (Doc. #66) are **OVERRULED** and the Order of the Magistrate Judge (Doc. #63) is hereby **AFFIRMED**.

DATED: June 20, 2012.

_____
PHILIP M. PRO
United States District Judge