UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SUSAN GRAVES, et al.,<br><br>　　　　Defendants. | 2:11-CV-00937-PMP-CWH<br><br>ORDER |

Having read and considered Plaintiff's Status Report (Doc. #115) filed on August 8, 2013, IT IS ORDERED that Plaintiff shall on or before August 28, 2013, file the Motions referenced in paragraph 8 of the Status Report (Doc. #115).

DATED: August 9, 2013

_____
PHILIP M. PRO
United States District Judge