UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,

    Plaintiff,

v.

SUSAN GRAVES, et al.,

    Defendants.

2:11-CV-00937-PMP-CWH

ORDER

    Having read and considered Plaintiff's Status Report (Doc. #115) filed on August 8, 2013, IT IS ORDERED that Plaintiff shall on or before August 28, 2013, file the Motions referenced in paragraph 8 of the Status Report (Doc. #115).

DATED:  August 9, 2013

_____
PHILIP M. PRO
United States District Judge