**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | 2:11-CV-00937-PMP-CWH |
| v. | ) ) | **ORDER** |
| SUSAN GRAVES, et al., | ) ) ) | |
| Defendants. | ) ) | |

**IT IS ORDERED** that Plaintiff's Motion to Lift Stay (Doc. #117) and the Joint Motion of the Parties to Amend/Correct Scheduling Order (Doc. #118) are **GRANTED**.

**IT IS FURTHER ORDERED** that the Joint Pretrial Order in this case shall be filed within thirty (30) days of the date on which this Court enters its Order on Plaintiff's recently filed Motion for Summary Judgment (Doc. #119).

DATED: September 16, 2013.

_____
PHILIP M. PRO
United States District Judge