UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>SUSAN GRAVES, et al.<br><br>  Defendants. | 2:11-cv-00937-PMP-CWH<br><br>ORDER |

The parties having settled this case, IT IS ORDERED that the parties' Joint Motion for Dismissal of Plaintiff's Claims Against Defendant Susan Graves, Individually and as Trustee for the Madison and Susan Graves 1993 Family Trust and the Madison and Susan Graves 1993 Trust with Prejudice (Doc. ##131, 132) is hereby GRANTED.

IT IS FURTHER ORDERED that the case is DISMISSED with prejudice.

DATED: December 23, 2013

_____
PHILIP M. PRO
United States District Judge